UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0778 RS |
| Plaintiff, | ORDER DETAINING DEFENDANT PENDING TRIAL |
| v. | |
| Angelo Delarosa, | |
| Defendant. | |

Defendant Angelo Delarosa is charged by indictment with a violation of 18 U.S.C. section 1158(a)(1)(B)-Threatening a United States Official and Federal Law Enforcement Officer. The charges arise out of an incident at the offices of the Social Security Administration. Defendant made his initial appearance on January 24, 2012. The United States moved for detention pursuant to 18 U.S.C. § 3142(f) and at Defendant's request the Court scheduled a detention hearing for January 31, 2012. The Court held the detention hearing on January 31, 2012. Defendant was represented by Steven Kalar.

After considering the parties' proffers and evidence, the Court ordered that Defendant be detained pending trial. The Court found by a preponderance of the evidence that a serious risk exists that Defendant will flee, and by clear and convincing evidence that Defendant poses a danger to the community and that, under 18 U.S.C. § 3142(e), no condition or combination of conditions will reasonably assure his appearance as required and the safety of others and the

ORDER DETAINING DEFENDANT PENDING TRIAL
CR11-0778 RS                    1

community. The Court based its decision on a number of factors, including the nature of the offense, Defendant's lack of stable employment and a stable residence, his history of mental illness, the lack of any surety, and, most importantly, his long criminal history which includes over 50 arrests, five felony convictions, and several parole violations. In light of the above, placement in a half-way house, as suggested by Defendant, is not appropriate as Defendant's record demonstrates that he is not amenable to supervision at this time.

Based on the foregoing, the United States' motion for detention is GRANTED. IT IS HEREBY ORDERED that Defendant be detained pending trial pursuant to 18 U.S.C. § 3142 and is hereby committed for that purpose to the custody of the U.S. Marshal.

IT IS SO ORDERED

DATED: February 1, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE