IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ANGELO DELAROSA,<br><br>           Defendant. | No. CR 11-00778 RS<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING CHANGE OF PLEA<br><br>**Current Hearing Date:** Tuesday, March 20, 2012 at 2:30 p.m.<br><br>**Proposed Hearing Date:** Tuesday, April 10, 2012 at 2:30 p.m. |

    The parties in the above-entitled case have arrived at a tentative disposition and are awaiting final approval of the written plea agreement.

    The defense accordingly requests that the change of plea hearing now scheduled for Tuesday, March 20, 2012 be vacated, and that the matter be added to the Court's calendar for Tuesday, April 10, 2012 at 2:30 p.m. for change of plea.

    The defense also requests that the time between March 20, 2012 and April 10, 2012 be excluded under the Speedy Trial Act. Mr. Delarosa is currently housed in Santa Rita Jail, where he is receiving treatment from mental health professionals. Because of these unique aspects of this case, additional time is required for defense counsel to review any written plea agreement with the defendant and to prepare the defendant for entry of a plea of guilt. The

defense suggests that, given these circumstances, exclusion of time is both necessary and appropriate for the effective preparation of defense counsel.

The government has no objection to the requested continuance and joins in the proposed exclusion of time.

Therefore, for good cause shown the appearance now scheduled for Tuesday, March 20, 2012, is vacated. The matter shall be added to this Court's calender on Tuesday, April 10, 2012 at 2:30 p.m. for change of plea. Time shall be excluded under the Speedy Trial Act between March 20, 2012 and April 10, 2012 to permit for the effective preparation of counsel.

IT IS SO ORDERED.

  3/20/12
DATED                         RICHARD SEEBORG
                              United States District Court Judge

IT IS SO STIPULATED.

  March 19, 2012                       /s
DATED                         MELINDA HAAG
                              United States Attorney
                              Northern District of California
                              PHILLIP KEARNEY
                              Assistant United States Attorney


  March 19, 2012                       /s
DATED                         GEOFFREY A. HANSEN
                              Federal Public Defender
                              Northern District of California
                              STEVEN G. KALAR
                              Assistant Federal Public Defender