IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANGELO DELAROSA,<br><br>                Defendant. | No. CR 11-00778 RS-1<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS HEARING |

      The defendant Angelo Delarosa is before this Court on allegations of violations of supervised release. The charges include allegations of new criminal conduct. Mr. Delarosa also suffers from mental illness, and his counsel has asked for an opportunity to further evaluate Mr. Delarosa's competency and seek medication for Mr. Delarosa while he is incarcerated.

      In this stipulated order counsel for Mr. Delarosa represents that he is unavailable for the court appearance now scheduled for Tuesday, September 17, 2013 at 2:30 p.m. because of a conflicting work obligation. Defense counsel asks that the matter be continued until Tuesday, October 1, 2013 at 2:30 pm for further status. Counsel for the government has no objection to this request. Because Mr. Delarosa is charged with allegations of violations of supervised

release, the Speedy Trial Act does not apply.

Therefore, for good cause shown the hearing now scheduled for Tuesday, September 17, 2013 is vacated. The matter shall be added to the Court's calendar on Tuesday, October 1, 2013 at 2:30 p.m. for status.

IT IS SO ORDERED.

9/13/13
DATED

RICHARD SEEBORG
United States District Court Judge

IT IS SO STIPULATED.

September 12, 2013
DATED

/s
MELINDA HAAG
United States Attorney
Northern District of California
PHILIP KEARNEY
Assistant United States Attorney

September 12, 2013
DATED

/s
STEVEN G. KALAR
Federal Public Defender
Northern District of California

*Delarosa.*, CR 11-00778 RS-1
ORD. CONT. STATUS

2